**Order entered May 28, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00361-CV

### IN THE INTEREST OF S.E.F. AND M.C.F., MINOR CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-23763**

### ORDER

An unsealed supplemental clerk's record was filed in this appeal on May 24, 2021. A sealed supplemental clerk's record containing the same documents as the May 24th record was filed on May 25, 2021. Because the trial court ordered that all papers and records in this case be sealed, we **STRIKE** the May 24th clerk's record.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE